IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 9:26CR12 |
| v. | § | |
| | § | Judge Crone |
| ANDREI SISKOV | § | |

# FACTUAL BASIS

The government presents to the Court, by and through the undersigned Assistant United States Attorney in and for the Eastern District of Texas, joined by the defendant **Andrei Siskov**, and the defendant's attorney Gary Bonneaux, and presents this factual basis in support of the defendant's plea of guilty to Count Two of the indictment and in support thereof, would show the following:

1. That the defendant, **Andrei Siskov**, hereby stipulates and agrees to the truth of all matters set forth in this factual basis, and agrees that such admission may be used by the Court in support of his plea of guilty to Count Two of the indictment, which charges a violation of 18 U.S.C. § 111(a)(1) and (b), assault, resist, or impede certain officers or employees.

2. That the defendant, **Andrei Siskov**, who is pleading guilty to such indictment, is one and the same person charged in the indictment.

3. That the events described in the indictment occurred in the Eastern District of Texas.

4. That had this matter proceeded to trial, the government, through the testimony of witnesses, including expert witnesses, and through admissible exhibits, would have proven, beyond a reasonable doubt, each and every essential element of the offense

alleged in the indictment; specifically, the government would have proven the following stipulated facts:

a. In February 2025, **Andrei Siskov** ("**Siskov**"), a Russian citizen, was encountered by immigration officials at the Saint Lucie County Jail in Ft. Pierce, Florida. He was later transferred to IAH Adult Detention Facility ("IAH") in Livingston, Texas to be held for further immigration proceedings. Livingston, Texas is in the Eastern District of Texas.

b. IAH is a private detention center that houses adult male detainees in the federal custody of the Department of Homeland Security – Immigration and Customs Enforcement ("ICE") or the United States Marshals Service ("USMS"). Contract Detention Officers ("CDOs") at IAH assist ICE and the USMS in the performance of their official duties as both agencies must house, supervise, and care for detainees in their custody. CDOs at IAH support ICE and the USMS in the performance of their official duties, in part, by supervising detainees, enforcing institutional rules and facility policies, controlling and recording detainee movement, and inspecting housing areas for sanitation and maintenance needs.

c. On February 22, 2026, while in custody at IAH, **Siskov** assaulted an IAH CDO identified herein as "N.G." while she was assisting federal immigration authorities with ICE in the performance of official duties. While escorting a nurse during pill pass rounds, N.G. entered **Siskov's** cell and called for him by name. When he did not respond, N.G. approached **Siskov's** bunk and moved a towel hanging on the pillow side of his bunk. When N.G. touched the towel, **Siskov** shot

up out of his bunk rapidly and spit a mouthful of saliva on N.G., striking and making physical contact with her face.

d. On April 4, 2026, while in custody at IAH, **Siskov** assaulted a CDO identified herein as "D.C." while D.C. was assisting ICE in the performance of official duties. D.C. and another CDO entered **Siskov's** cell while conducting a head count. **Siskov** assaulted D.C. by punching D.C. in the hand and head, causing D.C. to fall backward onto the floor. **Siskov** inflicted bodily injury to D.C. which left visible marks on D.C.'s head and face, hand, and knee.

e. **Siskov** admits that he forcibly assaulted D.C. while D.C. was engaged in, or on account of, the performance of D.C.'s official duties, while D.C. was assisting federal authorities with ICE in the performance of official duties. He also admits that his actions resulted in bodily injury to D.C.

DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5. I have read this factual basis and the indictment or have had them read to me and have discussed them with my attorney. I fully understand the contents of this factual basis and agree without reservation that it accurately describes the events and my acts.

Dated: July 30, 2026

**ANDREI SISKOV**
Defendant

DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this factual basis and the indictment and have reviewed them with my client, **Andrei Siskov**. Based upon my discussions with the defendant, I am satisfied

that the defendant understands the factual basis as well as the indictment and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: July 30, 2026

**GARY BONNEAUX**
Attorney for the Defendant

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

LAUREN GASTON
Assistant United States Attorney
Eastern District of Texas
415 S. First Street, Ste. 201
Lufkin, Texas 75901
Texas Bar No. 24050647